## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| GLEN WILLOW PROPERTIES, LLC | : | No. 370 MAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| INDUSTRIAL ORCHARDS LAND ASSSOCIATES, LP AND MAHMOOD CHOUDHURY D/B/A INDUSTRIAL ORCHARDS LAND ASSOCIATES, LP | : | |
| | : | |
| ORCHARDS INDUSTRIAL LAND ASSOCIATES, L.P. | : | |
| v. | : | |
| | : | |
| GLEN WILLOW PROPERTIES, LLC | : | |
| | : | |
| ORCHARDS INDUSTRIAL LAND ASSOCIATES, L.P. | : | |
| v. | : | |
| | : | |
| JPMORGAN CHASE BANK, N.A. | : | |
| | : | |
| v. | : | |
| | : | |
| GLEN WILLOW PROPERTIES, LLC | : | |
| | : | |
| PETITION OF: ORCHARDS INDUSTRIAL LAND ASSOCIATES, L.P. | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.